```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 04 B 20013
   BETTYE JEAN BROWN
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4696

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/21/2004 and was confirmed 07/19/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL     CURRENT MORTG     61954.49             .00        61954.49
HOMECOMINGS FINANCIAL     MORTGAGE ARRE      4991.67             .00         4991.67
INTERNAL REVENUE SERVICE  PRIORITY           1567.91          111.44         1567.91
ECAST SETTLEMENT CORP     UNSEC W/INTER       702.66           59.60          662.15
SHERMAN ACQUISITION       UNSEC W/INTER       974.35           82.31          918.25
SHERMAN ACQUISITION       UNSEC W/INTER      9692.98          886.58         9135.03
CLARK RETAIL ENTERPRISES  UNSEC W/INTER       256.59           23.75          227.01
DILLARD NATIONAL BANK     UNSEC W/INTER       712.98           65.44          671.90
DIRECT MERCHANTS BANK     UNSEC W/INTER   NOT FILED              .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      3853.68          352.53         3631.85
HOUSEHOLD BANK            UNSEC W/INTER   NOT FILED              .00             .00
MCI                       UNSEC W/INTER   NOT FILED              .00             .00
MERCY PHYSICIAN BILLING   UNSEC W/INTER   NOT FILED              .00             .00
MERCY PHYSICIAN BUILDING  NOTICE ONLY     NOT FILED              .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER         6.32             .00             .00
HOMECOMINGS FINANCIAL NE  COST OF COLLE         .00              .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                           5,093.76
DEBTOR REFUND             REFUND                                                 .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  93,135.67

PRIORITY                                         1,567.91
    INTEREST                                       111.44
SECURED                                         66,946.16
UNSECURED                                       15,246.19
    INTEREST                                     1,470.21
ADMINISTRATIVE                                   2,700.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 20013 BETTYE JEAN BROWN
```

```
TRUSTEE COMPENSATION                                      5,093.76
DEBTOR REFUND                                                  .00
                                 ----------------  ----------------
TOTALS                                  93,135.67         93,135.67
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 11/19/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```